## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| TOWNHOUSES OF CATALPA PHASE I CONDOMINIUMS, | : : : | Case No. 3:24-cv-00122 |
| | : | District Judge Thomas M. Rose |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| vs. | : | |
| | : | |
| SCOTTSDALE SURPLUS LINES INSURANCE COMPANY, | : : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Modify the Preliminary Pretrial Conference Order. (Doc. No. 17.) For good cause shown, the Motion is **GRANTED**. The Preliminary Pretrial Conference Order (Doc. No. 11) is **MODIFIED** as follows:

|     |                                                                                                                         |                                            |
|-----|-------------------------------------------------------------------------------------------------------------------------|--------------------------------------------|
| 10. | Discovery (fact and experts) cut-off:                                                                                   | September 24, 2025                         |
| 11. | Telephone status conference following discovery to discuss possible alternative dispute resolution mechanisms:          | October 13, 2025 at 9:30 a.m.              |
| 12. | Cut-off date for filing summary judgment motions:                                                                       | October 24, 2025                           |
| 17. | Final pretrial conference in chambers: (All counsel who will participate in trying the case must also participate in the final pretrial conference.) | April 28, 2026 at 2:30 p.m.                |
| 22. | Trial on the merits to a jury beginning:                                                                                | May 18, 2026 at 9:00 a.m.                  |

All other deadlines in the Preliminary Pretrial Conference Order (Doc. No. 11) shall

remain as originally set unless modified by Court order.

**IT IS SO ORDERED.**

_s/ Caroline H. Gentry_
Caroline H. Gentry
United States Magistrate Judge